UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR07-291-RSM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| CHRISTIAN KLASSEN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:     Conspiracy to Rob a Pharmacy; Pharmacy Robbery

<u>Date of Detention Hearing</u>:     August 29, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant was not interviewed by Pretrial Services. Most of his background information is not available, including personal history, residence, family ties, ties to this District,

01 income, financial assets or liabilities, physical/mental health or controlled substance use if any.

02     2.    Defendant's past criminal record includes numerous failures to appear for hearings,
03 a failure to appear for commitment, probation violations, and bench warrant activity including
04 active bench warrants.

05     3.    The defendant is associated with alias forms of identification including an alias
06 name, two dates of birth, and two social security numbers.

07     4.    Defendant poses a risk of nonappearance due to a history of failing to appear, a
08 history of failing to comply with court orders, and lack of verified background information.  He
09 poses a risk of danger due to criminal history and the nature of the current charges.

10     5.    There does not appear to be any condition or combination of conditions that will
11 reasonably assure the defendant's appearance at future Court hearings while addressing the danger
12 to other persons or the community.

13 It is therefore ORDERED:

14     (1)    Defendant shall be detained pending trial and committed to the custody of the
15     Attorney General for confinement in a correction facility separate, to the extent
16     practicable, from persons awaiting or serving sentences or being held in custody
17     pending appeal;

18     (2)    Defendant shall be afforded reasonable opportunity for private consultation with
19     counsel;

20     (3)    On order of a court of the United States or on request of an attorney for the
21     Government, the person in charge of the corrections facility in which defendant is
22     confined shall deliver the defendant to a United States Marshal for the purpose of

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 2

an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of August, 2007.

_____
Mary Alice Theiler
United States Magistrate Judge